**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

JAN 22 2019

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 18-10167 |
| Plaintiff-Appellee, | D.C. No. 2:17-cr-01418-JJT |
| v. | |
| RONY GONZALEZ, a.k.a. Ronni Aguilar-Lopez, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Arizona
John J. Tuchi, District Judge, Presiding

Submitted January 15, 2019**

Before:    TROTT, TALLMAN, and CALLAHAN, Circuit Judges.

Rony Gonzalez appeals from the district court's judgment and challenges his

guilty-plea conviction and 30-month sentence for transportation of illegal aliens for

profit, in violation of 8 U.S.C. § 1324.  Pursuant to *Anders v. California*, 386 U.S.

738 (1967), Gonzalez's counsel has filed a brief stating that there are no grounds

---

\*    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

for relief, along with a motion to withdraw as counsel of record.  We have provided Gonzalez the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Gonzalez waived his right to appeal his conviction and sentence.  Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver.  *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).  We accordingly dismiss the appeal.  *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**